| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>973-227-2840<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br>   JOHN R D'AIUTO<br>   KATHLEEN S D'AIUTO | Order Filed on November 2, 2016<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  11-43367 JKS<br><br>Hearing Date:  1/26/2012<br><br>Judge:  JOHN K. SHERWOOD<br><br>Debtor is Entitled To Discharge |

## MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: November 2, 2016**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): JOHN R D'AIUTO
KATHLEEN S D'AIUTO

Case No.: 11-43367 JKS

Caption of Order: MODIFIED ORDER CONFIRMING PLAN

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 02/01/2012 is hereby modified as a result of the expiration of the claims bar date and that commencing 12/01/2011 the Debtor shall pay the Standing Trustee the sum of $26,575.00 paid into date over 60 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk