**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:
  JOHN R D'AIUTO
  KATHLEEN S D'AIUTO

Order Filed on November 2, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

**Case No.: 11-43367 JKS**

**Hearing Date: 1/26/2012**

**Judge: JOHN K. SHERWOOD**

**Debtor is Entitled To Discharge**

## MODIFIED ORDER CONFIRMING PLAN

The relief set forth on the following pages is hereby ORDERED.

**DATED: November 2, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):           JOHN R D'AIUTO
                     KATHLEEN S D'AIUTO

Case No.:            11-43367 JKS

Caption of Order:    MODIFIED ORDER CONFIRMING PLAN

---

      The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code and BAPCPA have been complied with and the bar date for the filing of claims has now expired; and for good cause shown, it is

- ORDERED, that the Order Confirming Plan entered on 02/01/2012 is hereby modified as a result of the expiration of the claims bar date and that commencing 12/01/2011 the Debtor shall pay the Standing Trustee the sum of $26,575.00 paid into date over 60 month(s); and it is further

- ORDERED, that all other clauses of the Order Confirming Plan shall remain in full force and effect.

**CERTIFICATE OF MAILING**

      I HEREBY CERTIFY that on _____, 20_____, a copy of the foregoing Order was served on each of the following:

JAMES J. WALDRON, Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 11-43367-JKS
John R D'Aiuto                                                            Chapter 13
Kathleen S D'Aiuto
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Nov 02, 2016
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
db/jdb          +John R D'Aiuto,    Kathleen S D'Aiuto,    10 Carrie Court,    Nutley, NJ 07110-3003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
          David L. Stevens   on behalf of Joint Debtor Kathleen S D'Aiuto dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          David L. Stevens   on behalf of Debtor John R D'Aiuto dstevens@scuramealey.com,
           cbalala@scuramealey.com;ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scurameale
           y.com
          Francesca Ann Arcure   on behalf of Creditor   US Bank NAtional Association
           nj_ecf_notices@buckleymadole.com
          Joshua I. Goldman   on behalf of Creditor   U.S. Bank, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          William M. E. Powers, III   on behalf of Creditor   US Bank NAtional Association
           ecf@powerskirn.com
          William M.E. Powers   on behalf of Creditor   US Bank NAtional Association ecf@powerskirn.com
                                                                                          TOTAL: 7