Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  11−43367−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John R D'Aiuto | Kathleen S D'Aiuto |
| 10 Carrie Court | 10 Carrie Court |
| Nutley, NJ 07110 | Nutley, NJ 07110 |

Social Security No.:
  xxx−xx−4221                                   xxx−xx−7998

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>February 21, 2017</u>

<u>John K. Sherwood</u>
Judge, United States Bankruptcy Court